UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE GERMAN,

        Plaintiff,

v.

CHRIS ROBERTS, et al.,

        Defendants.

CASE NO. C15-5237 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 34. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Defendants' Motion for Summary Judgment (Dkt. 18) is denied as moot with leave to re-file.

Dated this 18th day July, 2016.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER