UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE GERMAN,<br><br>                Plaintiff,<br><br>   v.<br><br>CHRIS ROBERTS, et al.,<br><br>                Defendants. | CASE NO. 3:15-CV-05237-BHS-DWC<br><br>ORDER AMENDING THE PRETRIAL SCHEDULING ORDER |

The District Court has referred this action to United States Magistrate Judge David W. Christel. Plaintiff Jose German, proceeding *in forma pauperis* with retained counsel, filed this civil rights Complaint under 42 U.S.C. § 1983. On September 11, 2016, the Court entered a Pretrial Scheduling Order, ordering all discovery to be completed by March 9, 2016 and any dispositive motion to be filed by May 9, 2016. Dkt. 15. On May 5, 2016, Defendants moved for summary judgment. Dkt. 18.[1] Plaintiff moved to amend the Amended Complaint on May 19, 2016, which the Court granted. Dkt. 24, 32.

---

[1] Defendants' Motion for Summary Judgment was denied as moot based on the filing of the Second Amended Complaint. Dkt. 34, 36.

On July 21, 2016, Plaintiff filed the Second Amended Complaint. Dkt. 38. Defendants filed an Answer to the Second Amended Complaint on August 12, 2016. Dkt. 40. In previous pleadings, the parties referenced a need for additional discovery if Plaintiff was allowed to file the Second Amended Complaint. *See* Dkt. 29. Therefore, the Court amends the Pretrial Scheduling order as follows:

- All discovery shall be completed by November 21, 2016.
- Any dispositive motions shall be filed and served on or before December 21, 2016.

If the parties need additional time, counsel for Plaintiff and Defendants must confer and attempt to agree to any proposed extension prior to filing a motion for extension with the Court.

Dated this 19th day of August, 2016.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge