UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE GERMAN,

    Plaintiff,

v.

CHRIS ROBERTS, THE CITY OF FIRCREST, FIRCREST POLICE DEPARTMENT,

    Defendants.

CASE NO. 3:15-CV-05237-BHS-DWC

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND ANSWER

The District Court has referred this action to United States Magistrate Judge David W. Christel. Presently pending is Defendants' Stipulated Motion Granting Defendants Leave to Amend Answer to Plaintiff's Second Amended Complaint ("Motion"). Dkt. 42. The parties stipulate Defendants may amend the Answer to Plaintiff's Second Amended Complaint with the proposed Amended Answer to Second Amended Complaint attached to the Motion. *Id.* Accordingly, the Court grants the Motion. Defendants have until September 28, 2016 to file the proposed Amended Answer to Second Amended Complaint.

Dated this 14th day of September, 2016.

David W. Christel
United States Magistrate Judge